AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| BROOKE E. BUTLER *Plaintiff(s)* v. NATIONAL MANAGEMENT RECOVERY CORP. *Defendant(s)* | Civil Action No. 0:20-cv-60424 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NATIONAL MANAGEMENT RECOVERY CORP.
c/o REGISTERED AGENT
JILL STANZIONE
5571 N UNIVERSITY DR #203
CORAL SPRINGS, FL 33067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander J. Taylor, Esq.
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 27, 2020



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts

SERVED

# AFFIDAVIT OF PROCESS SERVER

Job # 2020001987

**Client Info:**

Alexander J. Taylor, Esq.
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** BROOKE E. BUTLER -versus- **DEFENDANT:** NATIONAL MANAGEMENT RECOVERY CORP. | DISTRICT COURT<br><br>Court Case # **0:20-cv-60424-RAR** |

**Service Info:**

Date Received by Accurate Serve: 3/9/2020 at 07:57 PM
Service: I Served **NATIONAL MANAGEMENT RECOVERY CORP. c/o REGISTERED AGENT JILL STANZIONE**
With: **SUMMONS IN A CIVIL ACTION, COMPLAINT**
by leaving with **Jane Doe (refused name), EMPLOYEE OF REGISTERED AGENT COMPANY**

At Business **5571 N UNIVERSITY DR #203 CORAL SPRINGS, FL 33067**
On **3/12/2020** at **01:40 PM**
Manner of Service: **CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

**Served Description: (Approx)**

Age: **50**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 7"**, Weight: **185**, Hair: **Brown** Glasses: **No**

I **Joshua Wright** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server: _____
**Joshua Wright**
Lic # **1548**
**Accurate Serve of Plantation**
151 North Nob Hill Road #254
Plantation, FL 33324
Phone: (954) 770-9997

Our Job # **2020001987**
SUBSCRIBED AND SWORN to before me this __12th__ day of __March__, __2020__, by **Joshua Wright**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.


NOTARY PUBLIC for the state of Florida

Notary Public State of Florida
Mikhael Goldgisser
My Commission GG 327755
Expires 04/25/2023

 

1 of 1