UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BROOKE E. BUTLER

PLAINTIFF(S)

CASE NUMBER
0:20−cv−60424−RAR

v.

NATIONAL MANAGEMENT RECOVERY CORP.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**NATIONAL MANAGEMENT RECOVERY CORP.,**

as of course, on the date April 6, 2020.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Doris Jones*
Deputy Clerk

cc:  Judge Rodolfo A Ruiz
     Brooke E. Butler

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)