UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-60424-RAR

**BROOKE E. BUTLER**,

    Plaintiff,

v.

**NATIONAL MANAGEMENT RECOVERY CORP.**,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Court's Order Granting In Part Plaintiff's Motion for Default Judgment [ECF No. 9], it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Plaintiff Brooke E. Butler and against Defendant National Management Recovery Corp. Plaintiff shall recover from Defendant the total sum of **$2,925.50** that shall bear interest at the prevailing statutory legal rate, for which let execution issue.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of April, 2020.

                                                            **RODOLFO A. RUIZ II**
                                                            **UNITED STATES DISTRICT JUDGE**